1  Thomas J. Anton, Esq., SBN 060450
   Stephen P. Wainer, Esq., SBN 156197
2  Lisa A. Beatty, Esq., SBN 140563
   THOMAS ANTON & ASSOCIATES
3  1600 "G" Street
   P. O. Box 2127
4  Bakersfield, California 93301-2127
   Telephone: (661) 327-7051
5  Facsimile: (661) 327-4755

6  Attorneys for Defendant
   ELCO Filtration & Testing, Inc.
7

8                  UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  Davis-Lynch, Inc.                        **No.: 1:05-CV-668-REC-DLB**

12                         Plaintiff,         **SUBSTITUTION OF COUNSEL**

13  Elco Filtration & Testing, Inc.

14                         Defendants.

15

16

17

18  ALL PARTIES ARE NOTIFIED THAT Elco Filtration & Testing, Inc. makes the following

19  substitution:

20       FRANKLIN CARDWELL & JONES and its representing counsel are  no longer the

21  Attorneys of Record in the above-captioned matter. Elco Filtration & Testing, Inc, will be

22  represented by THOMAS ANTON & ASSOCIATES. All paper correspondence shall be sent to

23  Thomas Anton 1600 "G" P. O. Box 2127Bakersfield, California 93301-2127. Telephone: (661)

24  327-7051; Facsimile: (661) 327-4755.

25  ///

26  ///

27  ///

28  ///

    ///

1    I consent to this substitution.

2    Date: June___, 2005                          BY: _____
                                                        Ed Ganzinotti
3                                                       Chief Operating Officer

4

5

6    I consent to this substitution.

7                                                  By: _____
                                                        FRANKLIN, CARDWELL & JONES
     Date: June ___, 2005                               Scott Alford
8                                                       Attorney for Defendant

9

10

11   I accept this substitution.

12   Date: June 10, 2003                           By: _____
                                                        THOMAS ANTON & ASSOCIATES
13                                                      Thomas Anton, Esq.
                                                        Attorney for Defendant

14

15

16   IT IS SO ORDERED

17

18

19   Date: __6/20/05_____                      ROBERT E. COYLE
                                                        Judge

20

21

22

23

24

25

26

27

28