1  DARRYL J. HOROWITT, #100898
   JENNIFER T. POOCHIGIAN  #231149
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw Ave., Ste. 116
   Fresno, CA 93704
4  Phone: (559) 248-4820
   Facsimile: (559) 248-4830
5
   Attorneys for Plaintiff,
6  DAVIS-LYNCH, INC.

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
   DAVIS-LYNCH, INC.,                    NO.   1:05-CV-00668-REC-DLB
11
          Plaintiff,
12
       vs.
                                         **STIPULATION TO EXTEND NON-**
13                                       **EXPERT DISCOVERY CUTOFF**
   ELCO FILTRATION AND TESTING,          **AND ORDER THEREON**
14 INC.,

15        Defendant.

16
   ELCO-FILTRATION AND TESTING,
17 INC.,

18        Counter-Claimant,

19     vs.

20 DAVIS-LYNCH, INC.,

21        Counter-Defendant.

22
       This stipulation is entered into by and between Plaintiff, DAVIS-LYNCH, INC.

23

24 (hereinafter "DAVIS") and Defendant, ELCO FILTRATION & TESTING, INC. (hereinafter

25 "ELCO"), on the following recitals, terms, and conditions:

26                                    **RECITALS**

27     This stipulation is entered into with the following facts taken into consideration:

28     A.      Pursuant to the scheduling order of September 13, 2005, non-expert discovery

                                              1

1    cutoff is scheduled for March 30, 2006.

2          B.    Both ELCO and DAVIS have propounded written discovery, responses which are
3    due on March 29, 2006 and April 10, 2006, respectively, and have begun the process of
4    scheduling oral depositions of several key witnesses, including persons with most knowledge of
5    the above-referenced matter, for April 2006.

6          C.    In order to preserve the rights of the parties' to complete discovery in this matter,
7    the parties request an additional 30 days so as to complete written discovery and proceed with
8    scheduling of oral depositions.

9          D.    The parties anticipate that written discovery and oral depositions shall be
10   completed on or before April 30, 2006.

11   **STIPULATION**

12   With the above facts taken into consideration and in consideration of the mutual terms,
13   provisions, covenants, conditions, understandings, and agreements set forth herein, the adequacy
14   and sufficiency of which are hereby acknowledged, the parties stipulate and agree as follows:

15         1.    The non-expert discovery cutoff in the above-captioned action shall be extended
16   to April 30, 2006.

17         2.    This stipulation may be executed in counterparts.

18         3.    A fax signature shall be as valid as an original for purposes of this stipulation and

19   ///
20   ///
21   ///

2

*Davis-Lynch, Inc. v.Elco Filtration and Testing, Inc.*
United States District Court Case No. 1:05-CV-00668-REC-DLB

may be accepted by the Court as an original.

                                      Respectfully submitted

Dated: March 20, 2006                 COLEMAN & HOROWITT, LLP

                                   /s/    <u>JENNIFER T. POOCHIGIAN,</u>
                                             Attorneys for Plaintiff, DAVIS-LYNCH,
                                             INC.

Dated: March 20, 2006                 THOMAS ANTON & ASSOCIATES

                                   /s/    <u>STEPHEN P. WAINER,</u>
                                           Attorney for Defendant, ELCO
                                           FILTRATION & TESTING

    IT IS SO ORDERED.

    **Dated:   <u>March 27, 2006</u>**             <u>**/s/ Dennis L. Beck**</u>
3b142a                                               UNITED STATES MAGISTRATE JUDGE