1  DARRYL J. HOROWITT, #100898
   JENNIFER T. POOCHIGIAN  #231149
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw Ave., Ste. 116
   Fresno, CA 93704
4  Phone: (559) 248-4820
   Facsimile: (559) 248-4830
5
   Attorneys for Plaintiff,
6  DAVIS-LYNCH, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  DAVIS-LYNCH, INC.,                    NO.    1:05-CV-00668-REC-DLB

11              Plaintiff,

12      vs.                               **STIPULATION TO EXTEND NON-
                                          EXPERT AND EXPERT**
13  ELCO FILTRATION AND TESTING,          **DISCOVERY CUTOFF AND ORDER
    INC.,                                 THEREON**

14              Defendant.

15

16  ELCO FILTRATION AND TESTING,
    INC.,

17              Counter-Claimant,

18      vs.

19  DAVIS-LYNCH, INC.,

20              Counter-Defendant.

21

22

23          This stipulation is entered into by and between Plaintiff, DAVIS-LYNCH, INC.

24  (hereinafter "DAVIS") and Defendant, ELCO FILTRATION & TESTING, INC. (hereinafter

25  "ELCO"), on the following recitals, terms, and conditions:

26                              **RECITALS**

27          This stipulation is entered into with the following facts taken into consideration:

28  ///

1

A.      Pursuant to the scheduling order of September 13, 2005, non-expert discovery cutoff was scheduled for March 30, 2006.

B.      Pursuant to stipulation of the parties and order of the court, non-expert discovery cutoff was extended to April 30, 2006.

C.      Both ELCO and DAVIS have propounded and responded to written discovery, and have begun the process of deposing and scheduling oral depositions of several key witnesses, including persons with most knowledge of the above-referenced matter, for late April, 2006, and May 2006.

D.      The parties believe that experts may need to be designated to reconcile amounts alleged in the pleadings.  Because the parties are reviewing and confirming amounts due,  as alleged in the pleadings, additional time is needed to confirm whether the use of experts at trial will be necessary.

E.      In order to preserve the rights of the parties' to complete discovery in this matter, the parties request an additional 30 days so as to complete written discovery and proceed with scheduling of oral depositions.  The parties anticipate that written discovery and oral depositions shall be completed on or before May 30, 2006.

F.      The parties also request that expert discovery cutoff be extended to June 15, 2006 so as to allow the parties to determine whether the use of such experts will be needed at trial.

## STIPULATION

With the above facts taken into consideration and in consideration of the mutual terms, provisions, covenants, conditions, understandings, and agreements set forth herein, the adequacy and sufficiency of which are hereby acknowledged, the parties stipulate and agree as follows:

1.      The non-expert discovery cutoff in the above-captioned action shall be extended to May 30, 2006.

2.      The expert discovery cutoff in the above-captioned action shall be extended to June 15, 2006.

///

///

2

*Davis-Lynch v. Elco Filtration*
Case No.: 1:05-CV-00668-REC-DLB

3.       This stipulation may be executed in counterparts.

4.       A fax signature shall be as valid as an original for purposes of this stipulation and

may be accepted by the Court as an original.

Dated: April 25, 2006                              Respectfully submitted

                                                   COLEMAN & HOROWITT, LLP


                                                   By:      /S/  JENNIFER T. POOCHIGIAN,
                                                            Attorneys for Plaintiff, DAVIS-LYNCH,
                                                            INC.

Dated: April 24, 2006                              THOMAS ANTON & ASSOCIATES


                                                   By:      /S/  STEPHEN P. WAINER,
                                                            Attorney for Defendant, ELCO
                                                            FILTRATION & TESTING


                                   **ORDER**

       The parties having so stipulated and good cause appearing therefor,


       IT IS SO ORDERED.

       **Dated:    April 25, 2006**                    **/s/ Dennis L. Beck**
3b142a                                             UNITED STATES MAGISTRATE JUDGE