1  DARRYL J. HOROWITT #100898
   LAURENCE Y. WONG #106495
2  JENNIFER T. POOCHIGIAN  #231149
   COLEMAN & HOROWITT, LLP
3  Attorneys at Law
   1880 Century Park East, Suite 1511
4  Los Angeles, California 90067-1615
   Telephone: (310) 203-3888
5  Facsimile: (310) 203-3870

6  Attorneys for Plaintiff,
   DAVIS-LYNCH, INC.

7

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11  DAVIS-LYNCH, INC.,                      NO.    1:05-CV-00668-REC-DLB

12              Plaintiff,

13       vs.                                **AMENDED STIPULATION TO
                                            EXTEND NON-EXPERT AND
14  ELCO FILTRATION AND TESTING,            EXPERT DESIGNATION AND
    INC.,                                   ORDER THEREON**
15
                Defendant.
16
    _____
17  ELCO FILTRATION AND TESTING,
    INC.,
18
                Counter-Claimant,
19
         vs.
20
    DAVIS-LYNCH, INC.,
21
                Counter-Defendant.
22  _____

23       This amended stipulation is entered into by and between Plaintiff, DAVIS-LYNCH, INC.

24  (hereinafter "DAVIS") and Defendant, ELCO FILTRATION & TESTING, INC. (hereinafter

25  "ELCO"), on the following recitals, terms, and conditions:

26                          **RECITALS**

27       This amended stipulation is entered into with the following facts taken into consideration:

28  ///

                                            1

K:\DLB\To_Be_Signed\5cv00668.StipO.ExtDisc.wpd
6/9/06 ~ 11:43 am                                    AMENDED STIPULATION TO EXTEND NON-EXPERT

1    A.    Pursuant to the scheduling order of September 13, 2005, *non-expert discovery cutoff*

2    was scheduled for March 30, 2006.

3    B.    Pursuant to stipulation of the parties and order of the court, *non-expert discovery*

4    *cutoff* was originally extended to April 30, 2006 and then May 30, 2006.

5    C.    Both ELCO and DAVIS have propounded and responded to written discovery, and

6    have begun the process of deposing and scheduling oral depositions of several key witnesses,

7    including persons with most knowledge of the above-referenced matter, for June 2006.  Thus far,

8    two key witness depositions have been completed.

9    D.    The parties believe that experts may need to be designated to reconcile amounts

10   alleged in the pleadings.  Because the parties are reviewing and confirming amounts due, as alleged

11   in the pleadings, additional time is needed to confirm whether the use of experts at trial will be

12   necessary.

13   E.    In order to preserve the rights of the parties' to complete discovery in this matter, the

14   parties request an additional 45 days so as to complete *written discovery* and proceed with

15   scheduling of oral depositions.  The parties anticipate that *written discovery* and oral depositions

16   shall be completed on or before July 14, 2006.

17   F.    The parties also request that the last day to *disclose experts*, currently scheduled for

18   June 15, 2006, be extended to July 14, 2006 so as to allow the parties to determine whether the use

19   of such experts will be needed at trial.

20   G.    The original date for *expert discovery* cutoff of June 30, 2006, will be continued to

21   July 30, 2006.

## **STIPULATION**

23   With the above facts taken into consideration and in consideration of the mutual terms,

24   provisions, covenants, conditions, understandings, and agreements set forth herein, the adequacy and

25   sufficiency of which are hereby acknowledged, the parties stipulate and agree as follows:

26   1.    The *non-expert discovery cutoff* in the above-captioned action shall be extended to

27   July 14, 2006.

28   ///

2

2.    The last day to *disclose expert designation* in the above-captioned action shall be extended to July 14, 2006.

3.    The *expert discovery cutoff* shall be continued to July 30, 2006.

4.    This stipulation may be executed in counterparts.

5.    A fax signature shall be as valid as an original for purposes of this stipulation and may be accepted by the Court as an original.

Dated: May ____, 2006                    Respectfully submitted

                                         COLEMAN & HOROWITT, LLP


                                         By: /S/ LAURENCE Y. WONG
                                             Attorneys for Plaintiff, DAVIS-LYNCH, INC.


Dated: May ____, 2006                    THOMAS ANTON & ASSOCIATES


                                         By: /S/ STEPHEN P. WAINER
                                             Attorney   for   Defendant,   ELCO
                                             FILTRATION & TESTING


## ORDER

The parties having so stipulated and good cause appearing therefor,


IT IS SO ORDERED.

   **Dated:    June 9, 2006**              _____/s/ Dennis L. Beck_____
3b142a                                      UNITED STATES MAGISTRATE JUDGE

3