Thomas J. Anton, Esq., SBN 060450
Stephen P. Wainer, Esq., SBN 156197
THOMAS ANTON & ASSOCIATES
1600 "G" Street
P. O. Box 2127
Bakersfield, California 93301-2127
Telephone: (661) 327-7051
Facsimile: (661) 327-4755

Attorneys for Defendant
ELCO Filtration & Testing, Inc.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Davis-Lynch, Inc.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Elco Filtration & Testing, Inc.<br><br>　　　　　　Defendant. | No.: 1:05-CV-668-REC-DLB<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL DATE** |

　　　Plaintiff, Davis-Lynch, Inc. and Defendant, Elco Filtration & Testing, Inc., by and through undersigned counsel, hereby stipulate to a (150) day continuance of trial or such other later date as is convenient on the court's calendar, and respectfully request that the Court so approve.

　　　Good cause exist for this stipulation because discovery has yet to be completed. During the depositions of Ms. Saldana and Mr. Musselwhite, discrepancies arose as to the calculations of plaintiff's alleged damages. Subsequently, plaintiff retained an expert accountant to determine the nature and extent of plaintiff's alleged damages. Thereafter, plaintiff's counsel agreed to obtain and provide defendant, for defendant's expert, the same documentation plaintiff's expert relied upon in completing his investigation. On August 8, 2006, Defendant's counsel received (3) boxes containing (9) notebooks consisting of the voluminous information relied upon by plaintiff's expert. Consequently, a continuance is requested in order to complete discovery and to

1  prevent conflicts with existing schedules.

|  | Old Dates | New Dates |
|---|---|---|
| Designation of Expert Witnesses | July 14, 2006 | December 13, 2006 |
| Last Day to Hear Dispositive Pre-Trial Motions | July 17, 2006 | December 15, 2006 |
| Discovery Cut Off | July 28, 2006 | December 22, 2006 |
| Joint Pre-Trial Statement | August 18, 2006 | January 15, 2007 |
| Pre-Trial | August 25, 2006 @ 1:30 p.m. Ctrm. 5 (DLB) | January 19, 2007 @ 1:30 p.m. Ctrm. 5 (DLB) |
| Trial | September 26, 2006 @ 9:00 a.m. Ctrm 5. (DLB) | February 26, 2007 @ 9:00 a.m. Ctrm 5. (DLB) |

Dated: August 16, 2006

                          Respectfully submitted,

THOMAS ANTON & ASSOCIATES        COLEMAN & HOROWITT, LLP

   /s/ Stephen P. Wainer                     /s/ Laurence Y. Wong

By: _____    By:_____
     Stephen P. Wainer, Esq.                  Laurence Y. Wong
     Attorney for Defendant                   Attorney for Plaintiff
     Elco Filtration & Testing                 Davis-Lynch

    IT IS SO ORDERED.

    **Dated:   August 18, 2006**              **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE