1  LAURENCE Y. WONG #106495
   COLEMAN & HOROWITT, LLP
2  Attorneys at Law
   1880 Century Park East, Suite 1511
3  Los Angeles, California 90067-1615
   Telephone: (310) 203-3888
4  Facsimile: (310) 203-3870

5  Attorneys for Plaintiff,
   DAVIS-LYNCH, INC
6
   DARRYL J. HOROWITT, #100898
7  JENNIFER T. POOCHIGIAN #231149
   COLEMAN & HOROWITT, LLP
8  Attorneys at Law
   499 West Shaw Ave., Ste. 116
9  Fresno, CA 93704
   Phone: (559) 248-4820
10 Facsimile: (559) 248-4830

11 Attorneys for Plaintiff,
   DAVIS-LYNCH, INC.
12

13                     UNITED STATES DISTRICT COURT

14                     EASTERN DISTRICT OF CALIFORNIA

15 DAVIS-LYNCH, INC.,                    NO.   1:05-CV-00668-DLB

16              Plaintiff,

17     vs.                               **STIPULATION OF DISMISSAL
                                         and ORDER**
18 ELCO FILTRATION AND TESTING,
   INC.,
19
                Defendant.
20
   ─────────────────────────────
21 ELCO FILTRATION AND TESTING,
   INC.,
22
                Counter-Claimant,
23
       vs.
24
   DAVIS-LYNCH, INC.,
25
                Counter-Defendant.
26

27

28 ///

                                  1

1    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-referenced action be and hereby is dismissed, with prejudice, pursuant to FRCP 41(a)(1).

Dated: January 28, 2008          Respectfully submitted

COLEMAN & HOROWITT, LLP


By: *Laurence Y. Wong*
    LAURENCE Y. WONG
    Attorneys for Plaintiff, DAVIS-LYNCH, INC.

Dated: January 28, 2008          THOMAS ANTON & ASSOCIATES


By: *Stephen P. Wainer*
    STEPHEN P. WAINER
    Attorney for Defendant, ELCO FILTRATION & TESTING

### **ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS SO ORDERED.

Dated:   **January 28, 2008**          /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE